1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KENNETH A. CAHILL, ET AL., | ) | Case No.: C 10-2781 PVT |
| Plaintiffs, | ) ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) ) | |
| ONEWEST BANK, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On July 19, 2010, defendant OneWest Bank FSB moved to dismiss each of the claims alleged pursuant to Rule 12(b)(6) and to dismiss certain plaintiffs pursuant to Rules 20 and 21. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than August 6, 2010, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

| | |
|---|---|
| 1 | |
| 2 | website at www.cand.uscourts.gov. |
| 3 | Dated: July 20, 2010 |

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*