1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH CAHILL, ET AL., ) | Case No.: C 10-02781 PVT |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| ) | |
| ) | **[Docket No. 21]** |
| ONEWEST BANK formerly known as ) | |
| INDYMAC BANK, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On October 12, 2010, defendant OneWest Bank FSB moved to dismiss the second amended complaint pursuant to Rule 12(b)(6), 20 and 21, and noticed a hearing on the motion for November 16, 2010.  Pursuant to Civ. L.R. 7-3, an opposition was due no later than October 26, 2010.  To date, no opposition has been filed.  Accordingly,

IT IS HEREBY ORDERED that plaintiffs are ordered to show cause why the above motion should not be granted for failure to oppose it.  Plaintiffs shall file their response to the order to show cause no later than November 2, 2010.

IT IS FURTHER ORDERED that the case management conference is continued to December

1  7, 2010 at 2PM.
2      IT IS SO ORDERED.
3  Dated: October 28, 2010

                                              PATRICIA V. TRUMBULL
                                              United States Magistrate Judge